**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN STONE, | No. CV 10-1720-MWF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL G. ADAMS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 17, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge